UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE:                                              :
                                                    :       17-MD-2767 (PAE)
MIRENA IUS LEVONORGESTREL-RELATED                   :       17-MC-2767 (PAE)
PRODUCTS LIABILITY LITIGATION (NO. II)              :
                                                    :       ORDER
*This Document Relates to All Actions*              :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

The next conference in this case will be held on September 14, 2017, at 10 am in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*[signature]*

Paul A. Engelmayer
United States District Judge

Dated: July 28, 2017
       New York, New York