UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IN RE:

MIRENA IUS LEVONORGESTREL-RELATED
PRODUCTS LIABILITY LITIGATION (NO. II)

*This Document Relates to All Actions*
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2017

17-MD-2767 (PAE)
17-MC-2767 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court appreciates the letter updated filed by the parties on Wednesday, November 22, 2017. Dkt. 114, Case No. 17-md-2767. Because the parties represent in their letter that there are no issues ripe for resolution by this Court, the conference scheduled for Friday, December 1, 2017 is hereby adjourned. The Court schedules the next conference in this case for Monday, December 18, 2017 at 2:30 p.m. The parties are directed to file, five business days before the next conference, a joint letter informing the Court whether there are any issues ripe for resolution and if so, what the parties' respective positions on those issues are.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 27, 2017
       New York, New York